UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SCHEDULING CONFERENCE**

SOLVAY,

v                                        Civil: C-04-414

DURAMED

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter B. Schwab (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

---------------------------------------------------------------------------------------------------------

**Appearances:** Counsel of Record.

Case called for a Telephonic Scheduling Conference. Schedule established. Order to issue.

Date: July 26, 2004
TIME: 1:30 p.m.. - 2:05 p.m.